UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 1:20-cr-0214 DAD BAM |
| ) | |
| Plaintiff, ) | **ORDER APPOINTING COUNSEL** |
| ) | |
| vs. ) | |
| ) | |
| ISRAEL MUNGUIA-MUNOZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Victor M. Chavez is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to November 11, 2020. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: __November 16, 2020__        __/s/ Jennifer L. Thurston__
                                    UNITED STATES MAGISTRATE JUDGE