TORRES | TORRES STALLINGS
A LAW CORPORATION
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
ISREAL MUNOZ- MUNGUIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISRAEL MUNOZ- MUNGUIA,<br><br>Defendants. | Case No.  1:20-CR-00214 DAD-BAM<br><br>**STIPULATION AND ORDER TO AMEND HOME DETENTION CURFEW** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA A MCAULIFFE AND ANGELA SCOTT ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ISRAEL MUNOZ-MUNGUIA, by and through his attorney of record, DAVID A. TORRES, and at the request of Pretrial Services, hereby moves that the court amend the conditions of release.

On November 18, 2020. Mr. Munoz-Munguia was ordered release on numerous Pretrial conditions and a property bond. The conditions of release regarding **home detention** (7(n)) ordered that he remain inside the residence at all time except for employment; education; religious services; medical, substance abuse, or mental health treatment . . . Counsel is seeking to amend defendant's curfew to the following:

Curfew: Defendant is to remain inside his residence every day from 8:00 p.m. to 6:00 a.m. or adjusted by the pretrial services officer for medical; religious services, employment or court-

ordered obligations. All prior orders are to remain in full force and effect.

AUSA Jessica Massey has no objection to the amendment of the condition. I have also been in contact with PTS Officer Mark DeLaTorre and he has no objection to amending said condition.

**IT IS SO STIPULATED.**

DATED: April 28, 2021

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
ISREAL MUNOZ-MUNGUIA

DATED: April 28, 2021

*/s/ Jessica A. Massey*
JESSICA A. MASSEY
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that Isreal Munoz-Munguia's Pretrial Supervision be amended and his curfew be set from 8:00 p.m. to 6:00 a.m. or adjusted by the pretrial services officer for medical; religious services, employment or court-ordered obligations. Mr. Munoz-Mungia must abide by all the conditions of his conditions of his release.
IT IS SO ORDERED.

Dated: **May 6, 2021**    /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE