TORRES | TORRES STALLINGS
A LAW CORPORATION
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
ISREAL MUNOZ- MUNGUIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ISRAEL MUNOZ- MUNGUIA,<br>Defendants. | **Case No. 1:20-CR-00214 DAD-BAM**<br><br>**STIPULATION AND ORDER TO TERMINATE LOCATION MONITORING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA A MCAULIFFE AND JESSICA MASSEY ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ISRAEL MUNOZ-MUNGUIA, by and through his attorney of record, DAVID A. TORRES, and at the request of Pretrial Services, hereby moves that the court remove the location monitoring condition.

It is stipulated between all counsel and Pretrial Service Office Frank Guerrero, that Israel Munoz-Munguia be released from the location monitor. All prior orders are to remain in full force and effect.

//

//

//

**IT IS SO STIPULATED.**

DATED: March 17, 2022

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
ISREAL MUNOZ-MUNGUIA

DATED: March 17, 2022

*/s/ Jessica A. Massey*
JESSICA A. MASSEY
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that Israel Munoz-Munguia's Pretrial Supervision be amended and his location monitoring condition be removed. Mr. Munoz-Munguia must abide by all other conditions of his conditions of his release.

IT IS SO ORDERED.

Dated: __March 17, 2022__         /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE