**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
ISRAEL MUNOZ-MUNGUIA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ISRAEL MUNOZ-MUNGUIA, <br><br> Defendant | Case No.: 1:20-CR-00214-BAM <br><br> **DEFENDANTS REQUEST AND WAIVER OF APPEARANCE; AND ORDER** |

Defendant, ISRAEL MUNOZ-MUNGUIA, hereby waives his appearance in person in open court upon the status conference set for Wednesday, October 25, 2023, of the above-entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing in the presence of his attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 10/24/2023                                    */s/Israel Munoz-Munguia*
                                                              ISRAEL MUNOZ-MUNGUIA


Date: 10/24/2023                                    */s/David A. Torres*
                                                              DAVID A. TORRES,
                                                              Attorney for Defendant
                                                              ISRAEL MUNOZ-MUNGUIA

## **ORDER**

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant Israel Munoz-Munguia is hereby excused from appearing at this court hearing scheduled for Wednesday, October 25, 2023.

IT IS SO ORDERED.

Dated:   **October 25, 2023**         /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE