**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN 135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
ISRAEL MUNOZ-MUNGUIA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:20-CR-00214-NODJ-BAM-2 |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **CONTINUE THE SENTENCING DATE** |
| vs. ) | |
| ) | |
| ISRAEL MUNOZ-MUNGUIA, ) | |
| ) | |
| Defendant, ) | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

BARBARA A. MCAULIFFE AND STEPHANIE STOKMAN, ASSISTANT UNITED

STATES ATTORNEY:

    **COMES NOW** Defendant, ISRAEL MUNOZ-MUNGUIA, by and through his attorney

of record, DAVID TORRES, hereby requesting that the sentencing hearing currently set for

Monday, June 17, 2024, be continued to Monday August 12, 2024, at 8:30 a.m.

    Defense counsel is requesting a continuance due to additional documents needed for

sentencing which have not arrived. AUSA Stokman is currently engaged in a jury trial and does

not object to defense counsel's request. Defendant Munoz-Munguia is prepared to exclude time

for sentencing.

///

1    **IT IS SO STIPULATED.**

2                                                    Respectfully Submitted,

3    DATED: June 6, 2024                             */s/ David A. Torres*

4                                                    DAVID A. TORRES
                                                     Attorney for Defendant
5                                                    ISRAEL MUNOZ-MUNGUIA

6

7    DATED: June 6, 2024                             */s/Stephanie Stokman*
                                                     Stephanie Stokman
8                                                    Assistant U.S. Attorney

9

10

11                                    **ORDER**

         IT IS SO ORDERED that the sentencing hearing is continued from June 17, 2024, to
12
     **August 12, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.
13

14   IT IS SO ORDERED.

15      Dated:  **June 7, 2024**              /s/ *Barbara A. McAuliffe*

16                                            UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25