**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN 135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
ISRAEL MUNOZ-MUNGUIA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISRAEL MUNOZ-MUNGUIA,<br><br>Defendant, | Case No.: 1:20-CR-00214-NODJ-BAM-2<br><br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA A. MCAULIFFE AND STEPHANIE STOKMAN, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ISRAEL MUNOZ-MUNGUIA, by and through his attorney of record, DAVID TORRES, hereby requesting that the sentencing hearing currently set for Monday, August 12, 2024, be continued to Monday September 9, 2024, at 8:30 a.m.

Counsel is requesting this continuance due unavailability on August 12, 2024. Counsel has a personal medical appointment which requires mandatory attendance. Based upon the foregoing, both counsel respectfully request this matter be set on September 9, 2024.

///

///

1 **IT IS SO STIPULATED.**

2                                                                                      Respectfully Submitted,

3 DATED: July 29, 2024                      ***/s/ David A. Torres***
4                                                                                       DAVID A. TORRES
                                                                                      Attorney for Defendant
5                                                                                       ISRAEL MUNOZ-MUNGUIA

6

7 DATED: July 29, 2024                           ***/s/Stephanie Stokman***
                                                                                      Stephanie Stokman
8                                                                                       Assistant U.S. Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**ORDER**

**IT IS SO ORDERED** that the sentencing hearing be **CONTINUED** to Monday **September 09, 2024, at 8:30 a.m.**

Dated: July 30, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE